IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                     2:08-cr-114-1

Larry J. Utley, II

ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 77) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1, 2, 3, 6, 7, 8, 9, 10 and 12 of the superseding indictment, and he is hereby adjudged guilty on those counts. The court will defer acceptance of the plea agreement until the sentencing hearing.

Date: December 15, 2008           s\James L. Graham
                                            James L. Graham
                                            United States District Judge